J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
DIANA S. ERB, ESQ.
STATE BAR NO. 10580
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 385-3373
(702) 949-8398/fax

*Attorneys for Defendants Countrywide Home Loans, Inc. and Recontrust Company*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERICK GURULE,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.;<br>RECONTRUST COMPANY;<br><br>    Defendants. | Case: 2:09-cv-01578-JCM-RJJ<br><br>**ORDER CANCELING LIS PENDENS** |

On December 15, 2009, this Court issued an Order granting Defendants' Motion to Dismiss [Dkt. 25].

The Court finds that Plaintiff recorded a Notice of Pendency of Action (the "Lis Pendens") on or about December 30, 2009, as document number 200912300003651, in real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto as Exhibit A and fully incorporated by reference.

Upon consideration of Defendants' request to cancel the above-referenced Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. It is ordered, adjudged and decreed that the above-referenced Lis Pendens is hereby cancelled, released, and expunged.

2. It is further ordered, adjudged and decreed that this Order canceling the above-referenced Lis Pendes has the same effect as an expungement of the original Lis Pendens.

3. It is further ordered, adjudged and decreed that Defendants record a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

IT IS SO ORDERED.

By: _____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 29, 2012

Submitted by:

LEWIS AND ROCA LLP

By: _____
J. CHRISTOPHER JORGENSEN, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169

Attorneys for Defendants

EXHIBIT "A"

# EXHIBIT "A"

APN# 176-20-411-073

11-digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Notice of Pendency of Action
(Lis Pendens)

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested By:**
Erick Gurule

**Return Documents To:**
Name Erick Gurule
Address 9254 Grassy Weep ct
City/State/Zip Las Vegas, NV, 89178

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

OR Form 108 ~ 06/06/2007
Coversheet.pdf

Inst #: 200912300003651
Fees: $16.00
N/C Fee: $25.00
12/30/2009 03:07:30 PM
Receipt #: 177575
Requestor:
ERICK GURULE
Recorded By: KXC   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

Recording Requested by:

After Recording, return to:

Erick Gurule

9254 Grassy Weep ct

Las Vegas NV 89178

Above reserved to recorder

APN: 17620411073

UNITED STATES DISTRICT COURT

Notice of Pendency of Action

(Lis Pendens)

In The Matter of

IN THE UNITED STATES DISTRICT COURT, CLARK COUNTY, NEVADA

Erick Gurule,

    Plaintiff(s),

Vs.                                                                 Case No: 2:09-cv-01578-JCM-RJJ

Countrywide Home Loans, Inc.

Recontrust Company,

    Defendant(s)

**KNOWN ALL BY THESE PRESENTS**, the undersigned states:

1. The Plaintiff(s) is/are:

   Erick Gurule, has filed an action in the US District Court, for the District of Nevada

2. The Defendant(s) is/are:

   Countrywide Home Loans, Inc; and Recontrust Company.

3. The object of the action is:

   Failure to produce the original note and failure to provide evidence of ownership of the mortgage upon the below listed property of the Plaintiff, demand to set aside foreclosure.

4. The description of the real property to be affected is:

   South mountain lot D-Phase 2B Lot 87, Block 3, Sec 20 TWP 22 RNG 60

5. The case number assigned to the action is: 2:09-cv-01578-JCM-RJJ


I/We the undersigned Plaintiff, being duly sworn on oath or affirmation that all the information and statements in this instrument are true and correct to the best of my/our knowledge and belief under penalty of perjury pursuant to the Law of the State of Nevada. All statements made herein in good faith and in the interest of justice.

EXECUTED this _29th_ day of _December_, 2009.

By: _[signature]_

By: Erick Gurule, Plaintiff


STATE OF NEVADA )
COUNTY OF CLARK)            NOTARY ACKNOWLEDGEMENT


SUBSCRIBED AND SWORN TO before me on _December 29_, 2009

_[signature]_                          _THERESE AHMAD_
Signature of Notary Public             Print or Type Name of Notary Public

My commission expires on: _5-16-2010_

THERESE AHMAD
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 05-16-2010
Certificate No: 06-107354-1